**Order entered March 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01525-CV

**D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE F/K/A MAGAZINE LIMITED PARTNERS, L.P. AND ALLISON MEDIA, INC., Appellants**

**V.**

**JANAY BENDER ROSENTHAL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01346**

### ORDER

Before the Court is appellants' February 26, 2020 unopposed motion for extension of time to file their brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief filed no later than April 3, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE